# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES N. BELSSNER, I,
                Appellant,

vs.

SIERRA COMMUNITY
MANAGEMENT,
                Respondent.

No. 85664



FILED

DEC 02 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an "Order Re: Affidavit Seeking Disqualification of Judge." Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule provides for an appeal from an order denying disqualification of a judge. *See Towbin Dodge, LLC v. Dist. Ct.*, 121 Nev. 5, 112 P. 3d 1063 (2005) (noting that a

SUPREME COURT
OF
NEVADA

(O) 1947A

22-37946

writ petition is the appropriate vehicle for challenging judicial disqualification rulings).

This court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, Sr. J.
Gibbons

cc:  Hon. Jerry A. Wiese, Chief Judge
     Charles N. Belssner
     Hutchison & Steffen, LLC/Las Vegas
     Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in this matter under a general order of assignment.